**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

SHEKERIA STEWART,

    Plaintiff,

v.

                              Case No. 6:15-cv-00688-GAP-KRS

EQUIFAX INFORMATION SERVICES LLC
and VW CREDIT, INC.,

    Defendants.

**NOTICE OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC CONCERNING SIGNATURE OF CHARLES CAMPBELL ON PLEADING**

Defendant, Equifax Information Services LLC ("Equifax"), by counsel, provides notice that the e-signature of N. Charles Campbell should not have appeared on Joint Motion to Appear Telephonically at the Case Management Conference (Docket No. 23) filed with the court on June 30, 2015. It was inadvertently added to the final pleading by the party that filed the pleading. Mr. Charles is not filing a motion for *pro hac vice* admission at this time. Equifax apologizes for the inconvenience and confusion.

Respectfully submitted this 15th day of July, 2015.

                              By: */s/ J. Anthony Love*
                                  J. Anthony Love
                                  Florida Bar No. 67224
                                  King & Spalding LLP
                                  1180 Peachtree Street, N.E.
                                  Atlanta, Georgia 30309
                                  Tel: (404) 572-4600
                                  Fax: (404) 572-5100
                                  tlove@kslaw.com

                                  Counsel for Defendant Equifax Information Services LLC

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above and foregoing has been served by using the court's CM/ECF system, on the following counsel of record in this case:

Aaron M. Swift
Gregory Harrison Lercher
Ian Richard Leavengood
Leavengood, Dauval, Boyle & Meyer PA
3900 First St N Ste 100
St Petersburg, FL 33703-6109

Andrew Kemp-Gerstel
Ashlie Nicole Tarpley
Liebler, Gonzalez & Portuondo, PA
Suite 2500
44 W Flagler St
Miami, FL 33130-1808

      This 15th day of July, 2015.

                                                    */s/ J. Anthony Love*
                                                    J. Anthony Love